1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   SING CHO NG,

8                                    Plaintiff,          CASE NO. C15-0814-JLR

9          v.

10   BING KUNG ASSOCATION, et al.,          REPORT AND RECOMMENDATION

11                                    Defendants.

12

13          Plaintiff, proceeding pro se in this civil matter, filed a motion to proceed *in forma*

14   *pauperis* (IFP).  (Dkt. 1.)  Plaintiff indicates receiving a monthly income from a pension and

15   Social Security exceeding his monthly expenses, and that he has $400.00 in cash and $1,100.00

16   in a checking account.  As such, it appears plaintiff has funds available to pay the filing fee.

17          Accordingly, the Court recommends that plaintiff's motion to proceed IFP (Dkt. 1) be

18   DENIED.  This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty**

19   **(30) days** after entry of the Court's Order adopting this Report and Recommendation.  If no

20   filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

21                              DEADLINE FOR OBJECTIONS

22          Objections to this Report and Recommendation, if any, should be filed with the Clerk and

23   served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and

REPORT & RECOMMENDATION
PAGE - 1

Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 19, 2015**.

DATED this 3rd day of June, 2015.

Mary Alice Theiler
United States Magistrate Judge

REPORT & RECOMMENDATION
PAGE - 2