UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SING CHO NG,  )
  ) CASE NO. C15-0814-JLR
  Plaintiff,  )
  )
  v.  )
  ) ORDER DENYING IN FORMA
  ) PAUPERIS REQUEST
BING KUNG ASSOCIATION, et al.,  )
  )
  Defendants.  )
  )

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED, as plaintiff possesses funds in excess of the filing fee. Plaintiff is directed to pay the full filing fee of $400 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file;

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -1

01 | and

02 | (4) The Clerk is directed to send copies of this Order to plaintiff and to the
03 | Honorable Mary Alice Theiler.

04 | DATED this 19th day of June, 2015.

```
                                        _____
                                        JAMES L. ROBART
                                        United States District Judge
```

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -2